Marc Van Der Hout (California Bar No. 80778)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioner-Plaintiff
Samih Hussein ZABADI

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Samih Hussein ZABADI, | No. 05-3335 CW |
| Petitioner, | **STIPULATED BRIEFING SCHEDULE, HEARING DATE, AND ORDER ON PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security, Alberto GONZALES, in his Official Capacity, Attorney General Department of Justice, Nancy ALCANTAR, Field Office Director, San Francisco, CA U.S. Bureau of Immigration and Customs Enforcement, and Toby WONG Correctional Captain, Santa Clara County, | |
| Respondents. | |

1  Petitioner filed a petition for writ of habeas corpus and complaint for declaratory and injunctive
2  relief on August 16, 2005 challenging the legality of his eighteen and one half month detention by the
3  Department of Homeland Security ("DHS"). Petitioner currently remains in DHS custody.

4  The parties have agreed to expedite briefing in this matter due to Petitioner's confinement, and in
5  lieu of Petitioner filing an application for a temporary restraining order. The parties have agreed, subject to
6  court approval, on a hearing date of September 30, 2005, rather than the date of October 7, 2005, subject
7  to the Court's agreement to hold the hearing on that date.

8  The parties have agreed to the following briefing schedule, subject to court approval:

9  Petitioner's Points and Authorities in Support of Petition due: September 2, 2005

10  Respondents' Return to Habeas Petition due:        September 16, 2005

11  Petitioner's Response to Respondent's Return:       September 23, 2005

12  Hearing on Petition:                               September 30, 2005 @ 10:00 a.m.

Dated: August 18, 2005                         Respectfully submitted,

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Respondents


_____
Date: August 18, 2005                          MARC VAN DER HOUT
                                               Van Der Hout, Brigagliano & Nightingale, LLP
                                               Attorney for Petitioner


Pursuant to stipulation, IT IS SO ORDERED.

       8/22/05                                 /s/ CLAUDIA WILKEN
Date: _____                     _____
                                               Hon. Claudia Wilken
                                               United States District Judge

STIP BRIEFING SCHEDULE & [PROP] ORDER                              No. 05- 3335 CW