United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIH H ZABADI,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Respondents.<br>_____ | No. 05-01796 WHA |
| SAMIH H ZABADI,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Respondents.<br>_____/ | No. 05-03335 CW<br><br>JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |

Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned cases to District Judge William A. Alsup to consider whether these cases are related. Parties shall file any response in opposition to or support of relating the cases within two days of the date of this referral.

Dated: 9/29/05

                                                                            */s/ Claudia Wilken*<br>
CLAUDIA WILKEN<br>
United States District Judge